UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **ALPHONSO WALKER,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | Cocaine Base); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance); |
| | : | 22 D.C. Code, §801(a), 1803, 4502 |
| | : | (Attempted First Degree Burglary While Armed) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about February 1, 2006, within the District of Columbia, **ALPHONSO WALKER,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about February 1, 2006, within the District of Columbia, **ALPHONSO WALKER**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a 9MM Ruger pistol.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT THREE

On or about February 1, 2006, within the District of Columbia, **ALPHONSO WALKER**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F-4490-97, did unlawfully and knowingly receive and possess a firearm, that is, a 9MM Ruger pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9MM ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FOUR

On or about February 1, 2006, within the District of Columbia, **ALPHONSO WALKER,** did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of phencyclidine, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession of a Controlled Substance**, in violation of Title 21, United States Code, Sections 844(a))

## COUNT FIVE

On or about February 1, 2006, within the District of Columbia, Alphonso Walker, while armed with a firearm, that is a 9 MM Ruger pistol, attempted to enter the dwelling of Keyda Young, while Breonna Young was inside that dwelling, with intent to commit an assault.

(**Attempt to Commit First Degree Burglary While Armed**, in violation of 22 D.C. Code, Section 801(a), 1803, 4502 (2001 ed.))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.