UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.   06-78 ( RWR ) |
| v.   : | |
| : | |
| **ALPHONSO WALKER, JR.** : | |
| **Defendant.** : | |

## ORDER

WHEREUPON, having considered the United States' Motion To Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), any opposition thereto, and the entire record, it is hereby

## ORDERED

That the United States' motion hereby is and is **GRANTED**.

_____        _____
DATE                                                             UNITED STATES DISTRICT COURT JUDGE