UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No. 06-78 (RWR) |
| ) | |
| ALPHONSO WALKER,     ) | |
| _____) | |

ORDER

Upon consideration of defendant's Motion to Suppress and the response thereto, it is this

___ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED** and that all the physical evidence and statements shall be suppressed.

_____
HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE