```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**    )
                                )
        Plaintiff,     )
                                )
        v.             ) CR No. 06-078 (RWR)
                                )
**ALPHONSO WALKER,**             )
                                )
        Defendant.     )

### NOTICE OF CHANGE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Tony W. Miles, assumed responsibility for the defense of Mr. Alphonso Walker in the above-captioned case.

Mr. Alphonso Walker's case had previously been assigned to Assistant Federal Public Defender Rita Bosworth and has been reassigned to Mr. Tony W. Miles.

                                            A.J. KRAMER
                                            FEDERAL PUBLIC DEFENDER

                                            /s/
                                    _____
                                    Tony W. Miles
                                    Assistant Federal Public Defender
                                    625 Indiana Avenue, N.W.
                                    Suite 550
                                    Washington, D.C.  20004
                                    (202) 208-7500

### **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing instrument was served upon Assistant United States Attorney Angela George by electronic means this 6th day of March, 2006.

                                      By:_____/s/_____
                                          Tony W. Miles