UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 06-078 (RWR) |
| | ) | |
| ALPHONSO WALKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**REQUEST FOR BILL OF PARTICULARS**

Pursuant to Fed. R. Crim. P. 7(f) and the Fifth and Sixth Amendments of the U.S. Constitution, counsel for the defendant moves the Court for an order compelling the government to file a bill of particulars setting forth the specific time and location in which the alleged events charged in Count Five of the indictment took place. Mr. Walker further requests that the Court compel the government to set forth in a bill of particulars the manner in which it is alleged that Mr. Walker attempted to enter the dwelling at issue and against whom it is alleged that Mr. Walker intended to commit an assault.

A bill of particulars is "appropriate to permit a defendant to identify with sufficient particularity the nature of the charge against him, thereby enabling defendant to prepare for trial, to prevent surprise, and to interpose a plea of double jeopardy should he be prosecuted for the same offense." United States v. Davidoff, 845 F.2d 1151 (2d Cir. 1988)(quoting United States v. Bortnovsky, 820 F.2d 572, 574 (2d Cir. 1987). In the instant case, in order for Mr. Walker to prepare his defense, Mr. Walker must be informed about the particulars of the offense in Count

1

Five of the indictment. With respect to time and location, Count Five of the indictment simply states that the offense occurred "[o]n or about February 1, 2006, within the District of Columbia" and that the offense involved "the dwelling of Keyda Young." In order to adequately prepare for trial, Mr. Walker needs information regarding the specific time and specific location at which the government alleges the offense occurred.

Additionally, there is no information in Count Five regarding the manner in which the government alleges Mr. Walker attempted to enter Keyda Young's dwelling and who the government alleges Mr. Walker intended to assault. Mr. Walker also needs more specific information concerning these issues in order to be prepared for trial.

For the reasons stated above, Mr. Walker requests the Court to Order the government to file a bill of particulars providing the information sought herein.

Respectfully submitted,

A.J. Kramer
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500