UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 06-078 (RWR) |
| | ) | |
| ALPHONSO WALKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**O R D E R**

Upon consideration of Alphonso Walker's Request for Bill of Particulars, the government's opposition thereto, and the entire record in this case, IT IS HEREBY ORDERED that defendant Walker's Request is **GRANTED** and the government shall file a Bill of Particulars setting forth the information sought by Mr. Walker in his Request for a Bill of Particulars.

IT IS SO ORDERED.

THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Tony W. Miles
AUSA Ann Petalas