UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No.   06-78 ( RWR )** |
| v. | : | |
| | : | |
| **ALPHONSO WALKER, JR.** | : | |
| **Defendant.** | : | |

## ORDER

WHEREUPON, having considered the United States' Second Motion To Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), any opposition thereto, and the entire record, it is hereby

## ORDERED

That the United States' motion hereby is and is **GRANTED**.

_____     _____
DATE                              UNITED STATES DISTRICT COURT JUDGE