UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff,   ) | |
| )  | |
| v.   ) | CRIMINAL No.  06- 78 (RWR) |
| )  | |
| ALPHONSO WALKER,   ) | |
| )  | |
| Defendant.   ) | |
| )  | |

**ORDER**

Upon consideration of the government's second motion regarding 404(b) Evidence, and defendant's opposition, it is this ____ day of _____ , 2006, hereby

**ORDERED** that the government's Motion is **DENIED**; and that the government is precluded from introducing during its case-in chief any evidence concerning Mr. Walker's alleged possession of drugs at the D.C. Jail.

_____
THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

AFPD Tony Miles
AUSA Ann Petalas