UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ALPHONSO WALKER,  )<br>  )<br>  Defendant.  )<br>  ) | CRIMINAL No. 06- 78 (RWR) |

**ORDER**

Upon consideration of the government's second motion regarding 404(b) Evidence, and defendant's opposition, it is this _____ day of _____ , 2006, hereby

**ORDERED** that the government's Motion is **DENIED**; and that the government is precluded from introducing during its case-in chief any evidence concerning Mr. Walker's alleged possession of drugs at the D.C. Jail.

_____
THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

AFPD Tony Miles
AUSA Ann Petalas