UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 06-078 (RWR)** |
| | : | |
| **ALPHONSO WALKER** | : | |
| also known as, "EB" | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the defendant's request for a bill of particulars, the government's opposition thereto, and for good cause having been shown, it is hereby

ORDERED that the defendant's request for a bill of particulars is hereby DENIED on this

_____ day of _____, 2006.

_____
Judge Richard W. Roberts