## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**         :

    v.                                  :         CR. CASE No.   06- 78 (RWR)

**ALPHONSO WALKER, JR.**              :

## ORDER

Upon consideration of defendant's Motion To Exclude use of Defendant's Alleged Prior Conviction in the Event Mr. Walker Testifies, it is this ____ day of _____ , 2006, hereby

**ORDERED** that defendant's Motion is **GRANTED**, and that the government is precluded from introducing evidence of defendant's alleged prior convictions.

 

THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

AFPD Tony Miles
AUSA Ann Petalas