UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Action No. 06-78 (RWR) |
| ALPHONSO WALKER, | ) | |
| Defendant. | ) | |

ORDER

On March 14, 2008, the defendant's motion to reduce his sentence was entered on the docket. The government has not yet responded. Therefore, it is hereby

ORDERED that the government file a response to the defendant's motion by __April 28__, 2008.

SIGNED this __10__ day of __April__, 2008.

_____
RICHARD W. ROBERTS
United States District Judge