UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIM. NO. 06-78   (RWR) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALPHONSO WALKER** | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Joan Draper at telephone number 202-514-7744 and/or email address Joan.Draper@usdoj.gov  Joan Draper will substitute for Assistant United States Attorneys Glen S. Leon and Ann H. Petalas as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

---

JOAN DRAPER
Bar Number Utah 0195
Assistant United States Attorney
Special Proceedings Division
555 4th Street, NW   Room 10-445
Washington, DC 20530
(202) 514-7744

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that service of a copy of the foregoing Government Notice has been made by mailing a copy to Alphonso Walker, Fed. Reg. No. 01498-748, FPC Schuylkill, P.O. Box 759, Minersville, Pennsylvania 17954 this _____ day of April, 2008.

/s/_____
Joan Draper, Esquire
U.S. Attorney's Office
555 4th Street N.W.
Washington D.C.  20530
 202-514-7744