UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIM. NO. 06-78   (RWR)** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **ALPHONSO WALKER** | ) | |

**ORDER**

Upon consideration of the Government's Motion for an Extension of Time in which to File an Opposition to Defendant's Motion to Reduce Sentence, and the reasons stated therein, it is this ____ day of April, 2008

ORDERED that the motion be, and hereby is granted; and it is further

ORDERED that the Government shall respond no later than May 19, 2008.

_____
RICHARD W. ROBERTS
United States District Judge

Copies to:

Alphonso Walker
 Fed. Reg. No. 01498-748
FPC Schuylkill
P.O. 759
Minersvile, PA 17954

Joan Draper, Esquire
Special Proceedings Division
United States Attorney's Office
555 4th Street N.W.
Washington D.C.  20530