UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIM. NO. 06-78   (RWR)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALPHONSO WALKER** | ) | |

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME
IN WHICH TO RESPOND TO
DEFENDANT'S MOTION TO REDUCE SENTENCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time in which to complete an Opposition to the Defendant's Motion to Reduce Sentence.

On March 14, 2008, defendant filed, pursuant to 18 U.S.C. § 3582(c)(2), a pro se Motion for Modification of Sentence & Supporting Memorandum. On April 10, 2008, this Court ordered the government to file a response to defendant's motion. This Order was not received in the U. S. Attorney's Office until April 15, 2008, when it was delivered to the trial Assistant. Thereafter, on April 18, 2008 defendant's case was assigned to the undersigned Assistant United States Attorney in the Special Proceedings Division.

This Assistant has now retrieved relevant documents from the case file, as well as the Pre-Sentence Investigative Report, the Judgment and Commitment Order, and this Court's Statement of Sentencing Reasons for United States v. Alphonso Walker, Cr. No. 06-78. This material must now be reviewed and evaluated in order for the United States to respond to the issues defendant now raises.

Further, since defendant was sentenced pursuant to a binding plea agreement pursuant to Fed. R. Crim. Pro.11(c)(1)(C), this Assistant would like to review the transcripts of defendant's plea colloquy, and the subsequent sentencing. This material has now been ordered, and will most likely be received within the next ten days.

Accordingly, in order to file a complete response with citation to record, the United States would respectfully request an extension of three weeks days, until May 19, 2008, in which to complete and file an Opposition with the Court.

WHEREFORE, the United States respectfully requests an extension of three weeks, until May 19, 2008, in which to draft and file an Opposition to Defendant's Motion to Reduce Sentence. A proposed Order is attached.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. Bar No. 498-610


    _____/s/_____
    ROBERT D. OKUN
    ASSISTANT UNITED STATES ATTORNEY
    D.C. Bar No. 457-078


    _____/s/_____
    JOAN DRAPER
    ASSISTANT UNITED STATES ATTORNEY
    Utah Bar No. 0195

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that service of a copy of the foregoing Government Motion has been made by mailing a copy to Alphonso Walker, Fed. Reg. No. 01498-748, FPC Schuylkill, P.O. Box 759, Minersville, Pennsylvania 17954 this _____ day of April, 2008.

                        /s/_____
                        Joan Draper, Esquire
                        U.S. Attorney's Office
                        555 4th Street N.W.
                        Washington D.C.  20530
                         202-514-7744

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIM. NO. 06-78   (RWR)** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **ALPHONSO WALKER** | ) | |

**ORDER**

Upon consideration of the Government's Motion for an Extension of Time in which to File an Opposition to Defendant's Motion to Reduce Sentence, and the reasons stated therein, it is this _____ day of April, 2008

ORDERED that the motion be, and hereby is granted; and it is further

ORDERED that the Government shall respond no later than May 19, 2008.

_____
RICHARD W. ROBERTS
United States District Judge

Copies to:

Alphonso Walker
 Fed. Reg. No. 01498-748
FPC Schuylkill
P.O. 759
Minersvile, PA 17954

Joan Draper, Esquire
Special Proceedings Division
United States Attorney's Office
555 4th Street N.W.
Washington D.C.  20530