Case 1:06-cr-00078-RWR

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FILED
MAY 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 06-78   (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| ALPHONSO WALKER | ) | |

## ORDER

Upon consideration of the Government's Motion for an Extension of Time in which to File an Opposition to Defendant's Motion to Reduce Sentence, and the reasons stated therein, it is this 22nd day of ~~April~~ May, 2008

ORDERED that the motion be, and hereby is granted; *nunc pro tunc* and it is further

ORDERED that the Government shall respond no later than May 19, 2008.

_____
RICHARD W. ROBERTS
United States District Judge

Copies to:

Alphonso Walker                      Joan Draper, Esquire
 Fed. Reg. No. 01498-748              Special Proceedings Division
FPC Schuylkill                       United States Attorney's Office
P.O. 759                             555 4th Street N.W.
Minersvile, PA 17954                 Washington D.C.  20530